**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 09-cv-01963-LTB-CBS

D & R'S ASPEN RETIREMENT PLAN, LLC, New York limited liability company,

    Plaintiff and Counter-Defendant,

v.

SCOTT DEGRAFF,

    Defendant, Counterclaim-Plaintiff, and Third-Party Plaintiff,

v.

DAVID BLUMENFELD,
EDWARD BLUMENFELD,
BRAD BLUMENFELD, and
RICHARD J. MACK,

    Third-Party Defendants.

___

**MINUTE ORDER**
___

BY ORDER OF JUDGE LEWIS T. BABCOCK

    Upon Defendant/Third-Party Plaintiff DeGraff's Response to the Court's Order to Show Further Cause (Doc 53 - filed September 7, 2010), it is ORDERED that the show cause order is DISCHARGED.

    Plaintiff/Counterclaim Defendant/Third-Party Defendants' Motion for Leave to File Response (Doc 51) is GRANTED and the attached Response is accepted for filing.

    Defendant/Counterclaim Plaintiff/Third-Party Plaintiff DeGraff has **up to and including September 20, 2010** to respond to pending Motion for Summary Judgment

Dated: September 10, 2010
___