# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| **Civil Action No.:** 09-cv-01963-LTB-CBS | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:** February 9, 2011 | **Courtroom Deputy:** Linda Kahoe |

D & R'S ASPEN RETIREMENT PLAN, LLC,            Richard B. Benenson

    Plaintiff/Counter Defendant,

    v.

SCOTT DeGRAFF,            *Pro se*

    Defendant/Counter Claimant/Third Party Plaintiff,

DAVID BLUMENFELD, *et al.,*            Richard B. Benenson

    Third Party Defendants.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:  TELEPHONIC MOTION HEARING**
**Court in session:        2:33 p.m.**
Court calls case. Appearance of counsel. *Mr. DeGraff appears pro se.*

Discussion regarding the Ex Parte Motion for Issuance of Subpoena, doc #[69], filed 2/2/2011, and the Ex Parte Motion for Issuance of Subpoena, doc #[70], filed 2/2/2011.

Mr. Benenson states that both of these Motions were provided informally to Mr. DeGraff.

The court states that Mr. Benenson did not comply with Rule 69 and Rule 7.2.

**ORDERED:**    The Ex Parte Motion for Issuance of Subpoena, doc #[69], is **DENIED**. The Clerk of the Court shall <u>unseal</u> doc #[69], as it was informally provided to Mr. DeGraff.

**ORDERED:**    The Ex Parte Motion for Issuance of Subpoena, doc #[70], is **DENIED.** The Clerk of the Court shall <u>unseal</u> doc #[70], as it was informally provided to Mr. DeGraff.

HEARING CONCLUDED.
**Court in recess**:        2:41 p.m.
Total time in court:    00:08

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.